IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01916-RPM-DLW

ELBERT ODIN DEAN and SHARON ARLENE DEAN,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## STIPULATED PROTECTIVE ORDER

---

Each party and each counsel of record stipulate and move the Court for the following protective order pursuant to Rule 26(c) of the Colorado Rules of Civil Procedure concerning the treatment of confidential information (as hereinafter defined), and as grounds therefore, state as follows:

1.     Dr. S. Gregory Hipskind will provide his raw data and all test data to the attorneys of record in this case.

2.     Dr. Dennis Helffenstein will provide his raw data and all test data to the attorneys of record in this case.

3.     The attorneys and their experts will be allowed to review the raw data and test data of Dr. Hipskind and Dr Helffenstein.

4.     The parties will not divulge the testing material other than within the parameters of this case, i.e., to experts for consultation and for purposes of examination at trial.

5.  All copies of raw data and test data will be returned or destroyed if agreeable to the psychologist upon completion of this case.

SO ORDERED this 28th day of February, 2011.

BY THE COURT:

U.S. Magistrate Judge

Agreed as to the Terms and Conditions:

| | |
|---|---|
| s/ Keith D. Vance | s/ John P. Craver |
| Keith D. Vance | John P. Craver |
| Keith D. Vance, P.C. | White and Steele, P.C. |
| 703 Third Street | Dominion Towers, North Tower |
| Alamosa, CO 81101 | 600 17th Street, Suite 600N |
| 719-587-1992 | Denver, CO 80202-5406 |
| keith@keithvancelaw.com | 303-296-2828 |
| Counsel for Plaintiff | jcraver@wsteele.com |
| | Counsel for Defendant |

2