IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01916-RPM-DLW

ELBERT ODIN DEAN and
SHARON ARLENE DEAN,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

Pursuant to the Stipulation for Dismissal with Prejudice [37] filed October 4, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 5th day of October, 2011.

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge